131 A.3d 43

**Vamsidhar VURIMINDI, Petitioner**

v.

**SUPERIOR COURT OF PENNSYLVANIA, PROTHONOTARY EASTERN DISTRICT, Respondent.**

**No. 146 EM 2015.**

Supreme Court of Pennsylvania.

Jan. 20, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of January, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.